AO 132 (Rev. 12/03) Exemplification Certificate

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __MISSISSIPPI__

## EXEMPLIFICATION CERTIFICATE

I, __ARTHUR JOHNSTON__, Clerk of this United States District Court, keeper of the records and seal, certify that the attached documents:

1:10cv559HSO-JMR Document #148 filed 7/11/2013, Amended Final Judgment

are true copies of records of this Court.

In testimony whereof I sign my name and affix the seal of this Court, in this District, at Gulfport, Mississippi on 7/19/2018

__City__ / __Date__

ARTHUR JOHNSTON
Clerk

(By) Deputy Clerk

---

I, __JUDGE HALIL SULEYMAN OZERDEN__, a Judicial Officer of this Court, certify that __ARTHUR JOHNSTON__, named above, is and was on the date noted, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

7/19/2018
Date

Signature of Judge
UNITED STATES DISTRICT JUDGE
Title

---

I, __ARTHUR JOHNSTON__, Clerk of this United States District Court, keeper of the seal, certify that the Honorable __JUDGE HALIL SULEYMAN OZERDEN__, Judge

named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judge's official signature and know and certify the above signature to be that of the Judge.

In testimony whereof I sign my name, and affix the seal of this Court at GULFPORT, MISSISSIPPI in this State, on 7/19/2018

City / Date

ARTHUR JOHNSTON
Clerk

(By) Deputy Clerk