IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| HCB FINANCIAL CORP. | § | PLAINTIFF |
| | § | |
| v. | § | Civil Action No. 1:10cv559HSO-JMR |
| | § | |
| LEE F. KENNEDY | § | DEFENDANT |

## AMENDED FINAL JUDGMENT

This matter came on to be heard on Plaintiff HCB Financial Corporation's Motion [140] to Alter or Amend Judgment filed April 11, 2013, pursuant to FED. R. CIV. P. 59(e). The Court, after a full review and consideration of HCB's Motion, Kennedy's Response, the Reply, the pleadings on file, and relevant legal authorities, finds that in accord with the Memorandum Opinion and Order entered herewith, and the Court's Orders previously entered in this case,

**IT IS, ORDERED AND ADJUDGED,** that Judgment is rendered in favor of Plaintiff, HCB Financial Corporation against Defendant Lee Kennedy, for the sum of $2,019,495.82.

**IT IS, FURTHER ORDERED AND ADJUDGED,** that in accordance with its Orders previously entered in this case, this civil action is **DISMISSED**.

**SO ORDERED AND ADJUDGED,** this the 11th day of July, 2013.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE